PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Annon S'Thunzi Davis**

**Docket Nos. 0:02CR00307-1(JMR) and 0:00CR00028-5(JMR)**

**Petition on Supervised Release**

COMES NOW **Darren F. Kerns**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Annon S'Thunzi Davis.** On December 13, 2000, Mr. Davis was sentenced for Use of a Communication Facility to Facilitate a Drug Trafficking Offense by the Honorable James M. Rosenbaum (docket number 0:00CR00028-5), sitting in the court at Minneapolis, MN, who fixed the period of supervision at 1 year supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Participate in a drug treatment program
- Mandatory drug testing
- No firearms, dangerous weapons

On January 23, 2003, the defendant was sentenced in the District of Minnesota for Escape by the Honorable James M. Rosenbaum (docket number 0:02CR00307-1) to 2 years supervised release with the same conditions as listed above. On January 28, 2005, the Court modified Mr. Davis' supervised release conditions to include participation in a treatment copayment plan at the direction of the probation officer and submission to the search of his property, home, and vehicle by the U.S. Probation Officer. The modification stemmed from the defendant's request for transfer to California.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

SPECIAL CONDITION: The defendant shall submit to periodic drug testing and participate in substance abuse treatment and aftercare as directed by the probation office.

On February 18, 2005, and March 4, 2005, the defendant failed to show for drug tests at the Recovery Resource Center in Minneapolis.

SCANNED
MAR 23 2005
U.S. DISTRICT COURT MPLS

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall perform 20 hours of community service, as approved by the probation officer.

ORDER OF THE COURT

Considered and ordered this 22 day of March, 2005, and ordered filed and made a part of the records in the above case.

Honorable James M. Rosenbaum
Chief U.S. District Judge
c: United States Sentencing Commission

I declare under penalty of perjury that the foregoing is true and correct.

Darren F. Kerns
U.S. Probation Officer

Executed on March 21, 2005
Place Minneapolis