Prob 49

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Annon S'Thunzi Davis

Docket No. 0:02CR00307-1(JMR) and 0:00CR00028-5(JMR)

**HEARING WAIVER**

I, Annon S'Thunzi Davis, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall participate for a period of 60 days in a home detention program which may include electronic monitoring. The defendant shall not be responsible for the costs of electronic monitoring.

Signed: ______________________ Witness: ______________________

Annon S'Thunzi Davis
Supervised Releasee

Dated: 4-26-05

SCANNED
APR 29 2005
U.S. DISTRICT COURT MPLS