Prob 49

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Annon S'Thunzi Davis

Docket No. 0:02CR00307-001(JMR) and 0:00CR00028-005(JMR)

**HEARING WAIVER**

I, Annon S'Thunzi Davis, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following:

The defendant shall abstain from the use of alcohol and other intoxicants and not frequent establishments whose primary business is the sale of alcoholic beverages.

The defendant shall reside for a period of 60 days in a community corrections center as approved by the probation officer and shall observe the rules of that facility.

Signed: [signature] Witness: [signature]

Annon S'Thunzi Davis

Dated: 10-13-05