**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: Susan Richard Nelson |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 00-CR-028 JMR, 02-CR-307 JMR |
| | ) | Date: October 26, 2005 |
| ANNON S'THUNZI DAVIS, | ) | Court Reporter: None |
| | ) | Tape Number: 483 |
| Defendant. | ) | Time Commenced: 11:05 a.m. |
| | | Time Concluded: 11:15 a.m. |
| | | Time in Court: 10 minutes |

APPEARANCES:

**Plaintiff:** Jeff Paulsen, Assistant United States Attorney

**Defendant:** Lyonel Norris **X FPD** ☐ CJA ☐ Retained **X To be appointed**

Interpreter: **None required.**
Date Charges Filed: **October 11, 2005**
Offense: **Conviction of Driving Under the Influence in violation of standard condition of release No. 7 (refrain from excessive use of alcohol) and the mandatory condition that he not commit another federal, state, or local crime; Failure to submit to periodic drug testing in violation of a special condition of his release; Failure to reside at a community corrections center as approved by his probation officer in violation of a modified condition of his release.**

☐ Charges read into record **X Waived Reading of Charges** **X Advised of Rights**

on ☐ Indictment ☐ Information ☐ Complaint **Violation of:** ☐ Pre-trial Release **X Supervised Release**

**X Defendant released on existing conditions of supervised release.**
**X Preliminary hearing waived**

**Next appearance date is November 7, 2005 at 2:00 p.m. before United States District Court Judge James M. Rosenbaum for a Final Revocation Hearing.**

s/ Dan Herber
Signature of Dan Herber, Law Clerk