**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA, )
Plaintiff, )
v. )
)
Annon S'Thunzi Davis, )
Defendant. )

## COURT MINUTES - CRIMINAL

BEFORE: James M. Rosenbaum
U.S. District Judge

| | |
|---|---|
| Case No: | 00-28 & 02-307 |
| Date: | November 7, 2005 |
| Court Reporter: | Colleen Sichko |
| Time Commenced: | 2:03 p.m. |
| Time Concluded: | 2:20 p.m. |
| Time in Court: | 17 Minutes |

## APPEARANCES:

Plaintiff: John Docherty for Jeff Paulsen, Assistant U.S. Attorney
Defendant: Scott Tilsen for Lyonel Norris : FPD

## PROCEEDINGS:

: **Revocation of Supervised Release - Final Hearing.**
: Defendant admits allegations.

## ORDERED:

: Defendant released on same terms and conditions of supervised release.
: Written order to be issued.

s/Heather Labat
Calendar Clerk