UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CR-28 (5)(JMR)
02-CR-307(1)(JMR)

United States of America )
)
v. ) ORDER
)
Annon S'Thunzi Davis )

This matter is before the Court on a petition for violation of supervised release. The Court found that defendant violated the terms of his supervised release when he admitted to failing to appear for drug testing, was arrested for driving under the influence of alcohol, and was terminated from the VOA facility for alcohol abuse on September 24, 2005. The most serious violation charged against defendant constitutes a class C violation. See U.S.S.G. § 7B1.1(a)(3). Based upon a criminal history category of V, the Guidelines recommend a term of imprisonment of 7-13 months. See U.S.S.G. § 7B1.4.

Having considered the Guidelines' policy statements, and having heard defendant's argument, IT IS ORDERED that defendant shall continue supervised release under the current terms.

Dated: November 9th, 2005

s/ JAMES M. ROSENBAUM
JAMES M. ROSENBAUM
United States Chief District Judge