**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | BEFORE: Franklin L. Noel |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 02-CR-307-01 & 00-CR-28-05 JMR |
| | ) | |
| **Annon S'Thunzi Davis,** | ) | Date: March 21, 2006 |
| | ) | Court Reporter: Kristine Mousseau |
| Defendant. | ) | Tape Number: |
| | | Time Commenced: 9:30 a.m. |
| | | Time Concluded: 9:50 a.m. |
| | | Time in Court: 20 Minutes |

☐ **PRELIMINARY HRG ONLY**
☒ **PRELIMINARY/DETENTION HRG**
Time in Court Prelim/Det: 5/15

☐ **DETENTION HRG ONLY**
☐ **REMOVAL HRG**

APPEARANCES:

Plaintiff: Joseph T. Dixon, III, Assistant U.S. Attorney
Defendant: Lyonel Norris
☒ FPD ☐ CJA ☐ Retained ☒ Appointed

Interpreter / Language: n/a /

**True Name if different from charging instrument:**
☐ **Parties ordered to file stipulation or proposed order for name change**
☐ **Clerk of Court is directed to change the name to:**

On ☐ Indictment ☐ Information ☐ Complaint Violation of ☐ **Pre-trial Release** ☒ **Supervised Release**

☒ **Defendant waived preliminary revocation hearing.**

☒ Deft Ordered Detained - Govt to submit proposed order ☐ Bond Continued ☐ Moot Currently Srvg Sentence or
bond set in the amount of $ with conditions, see Order Setting Conditions of Release.

☒ Deft bound over to District Court of Minnesota for final revocation hearing
☐ Deft removed to charging district and is ordered to appear before on.

☐ Removal Order to be Issued ☐ **No** Removal Order to be Issued ☐ Commitment to Another District to be Issued

Additional Information: Final revocation hearing scheduled before Chief Judge Rosenbaum for March 29, 2006 at 11:00 a.m.

s/Cathy Orlando
Signature of Judicial Assistant