**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

Annon Davis,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: James M. Rosenbaum
U.S. District Judge

Case Nos: 00-28 (5) JMR/FLN & 02-307 JMR/FLN
Date: March 29, 2006
Court Reporter: Dawn Hansen
Time Commenced: 11:02 a.m.
Time Concluded: 11:10 a.m.
Time in Court: 8 Minutes

## APPEARANCES:

Plaintiff: Joe Dixon, Assistant U.S. Attorney
Defendant: Lyonel Norris : FPD

## PROCEEDINGS:

: **Revocation of Supervised Release - Final Hearing.**
: Defendant admits allegations.

## ORDERED:

: Defendant remanded to custody of the U.S. Marshal.
: Defendant is sentenced to: Custody of BOP for 7 months; credit for time served; defendant will be discharged from supervised release upon completion of sentence.
: Written order to be issued.

s/Heather Labat
Calendar Clerk